**DISMISS; Opinion Filed December 31, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01075-CV

### JEFFREY FRANKLIN, Appellant
### V.
### DEMARLA MASON, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-01-08617-S**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Lang

The filing fee in this case is past due. By postcard dated August 6, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal without further notice. Also by postcard dated August 6, 2013, we notified appellant that the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of his appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise communicated with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).


131075F.P05

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEFFREY FRANKLIN, Appellant

No. 05-13-01075-CV     V.

DEMARLA MASON, Appellee

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-01-08617-S.
Opinion delivered by Justice Lang.
Justices FitzGerald and Fillmore
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DEMARLA MASON recover her costs of this appeal from appellant JEFFREY FRANKLIN.

Judgment entered this 31st day of December, 2013.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE